IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

KIM CAMPBELL,

    Plaintiff,

v.                                    CASE NO. 1:13-cv-00109-MP-CAS

CAROLYN W COLVIN,

    Defendant.

_____/

**O R D E R**

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated March 7, 2014. (Doc. 25). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a de novo determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.    The decision of the Commissioner to deny Plaintiff's applications for Social

Security Benefits is AFFIRMED.

**DONE AND ORDERED** this ___30th___ day of April, 2014

                         *s/Maurice M. Paul*
                         Maurice M. Paul, Senior District Judge